# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*CLERK U.S. DISTRICT COURT*
*NORTHERN DIST. OF TX*
*LUBBOCK DIVISION*

*2023 JUN 13 PM 4:38*

*DEPUTY CLERK*

JUSTIN ISREAL ESCOBAR
Plaintiff

v.

Alliance Credit Union
Defendant

5-23CV-125-H

Civil Action No.

## COMPLAINT

See attatched complaint.

\* Attach additional pages as needed.

Date: 06-13-23
Signature: JUSTIN ESCOBAR By. Escobar, Justin A. R.
Print Name: JUSTIN ESCOBAR
Address: 211 Lake Ct.
City, State, Zip: Wolfforth, Texas 79382
Telephone: 806-500-6597

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

IN AND FOR LUBBOCK COUNTY, TEXAS

JUSTIN ISREAL ESCOBAR

211 Lake Ct

Wolfforth, Texas 79382

Justin.escobar@yahoo.com

806-500-6597

06/13/2023

Alliance Credit Union

6219 Spur 327

Lubbock, Texas 79424

Federal Court Complaint - Breach of Contract

Dear Alliance Credit Union,

I hope this letter finds you well. I am writing to inform you that I have commenced legal proceedings against Alliance Credit Union for breach of contract in the United States District Court for the Northern District of Texas in Lubbock Division. The purpose of this letter is to provide you with a summary of the complaint filed.

Plaintiff: JUSTIN ISREAL ESCOBAR

Defendant: ALLIANCE CREDIT UNION

Factual Background:

1. On February 16, 2022 the Plaintiff and Defendant entered into a written contract titled "NEW LOAN" reference number: 20804. On May 4, 2022 the Plaintiff and Defendant entered into a written contract titled "Loan Visa Advantage" reference number: 41499.

2. The Plaintiff duly performed all obligations under the contract, including tender of payment on 05/05/23, 05/17/23, 05/30/23 and ensuring their quality and conformity.

3. However, the Defendant has failed to fulfill its contractual obligations by not applying the payment to the principal's account and blatantly ignoring specific requests within the specified timeframe.

4. The Plaintiff has made numerous demands, both orally and in writing, but the Defendant has refused to provide any valid justification for its non-performance.

5. 12 U.S. Code § 1431 - Powers and duties of banks

U.S. Code

(a)Borrowing money; issuing bonds and debentures; general powers.

Each Federal Home Loan Bank shall have power, subject to rules and regulations prescribed by the Director, to borrow and give security therefor and to pay interest thereon, to issue debentures, bonds, or other obligations upon such terms and conditions as the Director may approve, and to do all things necessary for carrying out the provisions of this chapter and all things incident thereto.

Cause of Action:

Breach of Contract:

For the record, as the authorized agent on behalf of JUSTIN ISREAL ESCOBAR/principal, everything was done in GOOD FAITH and IN HONOR to the best of my abilities and knowledge. I am presenting myself pro se in this matter, and I am bringing this claim to provide proof of my complete performance of the contractual obligations on behalf of my principal. The Plaintiff entered into a contractual agreement with Alliance Credit Union titled "NEW LOAN" on 02/16/2022 ref. number: 20804 and "Loan Visa Advantage" ref. number: 41499 on 05/04/2022. I, as the authorized agent on behalf of my principal, have a contractual obligation/duty to perform and keep the account in honor. According to the Federal Reserve Act section 16, paragraph 1, and the act of June 12, 1945, subsection 2, the collateral security deposit of my application was deposited, and an advancement of Federal Reserve Notes were issued to the CFO Clay Beardemphl. When the financial institution accepted the deposit of that security, it constituted tender as stated in the aforementioned statute, which states that in no event shall the collateral security be less than the full amount of the Federal Reserve notes applied for. The bank will accept the deposit of collateral security as tender when the collateral is notes, drafts, bills of exchange, or acceptances acquired under Section 92, 342 to 348, 349 to 352, 361, 372 or other sections of the Federal Reserve Act. I reached out and gave Notice: Claim of Credits on 05/05/2023 as the authorized agent on behalf of my principal to accept all titles, rights, interests, and equity owed to my principal. Alliance Credit Union has issued me negotiable instruments to which I have accepted and endorsed on behalf of my principal and intended to transfer the interest back to the principals' account for set-off. As per the Federal Reserve Act section 16, paragraph 2, and the act of June 12, 1945, subsection 2, I accompanied a tender of payment along with a bill of exchange to the financial institution as described in the Federal Reserve Act. In my tender of payment, I gave a precise letter of instructions to the CFO Clay Beardemphl demanding payment to be applied and a written response once fiduciary duties were complete. To provide proof of tender of payment, I delivered my performance in person which was

signed and received on 05/05/2023. After 5 days, my performance as the agent on behalf of the principals' account was blatantly ignored and I received no response once fiduciary duties were complete. I then proceeded to send another tender of payment and bill of exchange giving Notice: Opportunity to Cure to the CFO Clay Beardemphl and was blatantly ignored once again. This performance was delivered and signed for Certified Mail: 70222410000068917102 on 05/18/2023 and I gave 5 business days for a response. My last Notice of Default was delivered and signed for on 06/01/2023 Certified Mail: 9589071052700703710180. I am in distress and am being extorted out of my estate's account by the defendant's non-performance of fiduciary duties. Alliance Credit Union is demanding payment and threatening to repossess my vehicle. I have provided proof of tender of payment and have exhausted all my options. My direct instructions and estates' securities are being blatantly ignored so I have no other option but to file a lawsuit. The Defendant's failure to acknowledge the tender of payment and apply the interest payment to the principal's account within the stipulated time constitutes a clear breach of the contract. This breach has caused significant financial harm to the Plaintiff, including loss of revenue, additional costs, and damages.

Relief Sought:

1. The Plaintiff seeks damages in an amount to be determined at trial, including compensatory damages for the actual losses suffered as a direct result of the breach.

2. The Plaintiff also seeks pre-judgment and post-judgment interest, as well as reasonable attorney's fees and costs incurred in connection with pursuing this legal action.

3. Additionally, the Plaintiff requests any other relief the court deems just and proper.

Conclusion:

The Plaintiff firmly believes that the Defendant's actions constitute a clear breach of the contract, resulting in financial harm. Therefore, legal action has become necessary to protect the Plaintiff's rights and seek appropriate compensation for the damages suffered.

I kindly request that you forward this letter to your legal department or counsel for their immediate attention and advise them of the pending legal action. If you have any questions or require further information, please do not hesitate to contact me.

Yours sincerely,

Justin Escobar

JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

5-23CV-125-H

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JUSTIN ISREAL ESCOBAR

**(b)** County of Residence of First Listed Plaintiff: Lubbock
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
Alliance Credit Union

County of Residence of First Listed Defendant: Lubbock
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [X] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS — Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
195

Brief description of cause: Breach of Contract

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: 
DOCKET NUMBER: 

DATE: 06/13/23

SIGNATURE OF ATTORNEY OF RECORD: JUSTIN ESCOBAR By: Escobar, Justin A.R.

**FOR OFFICE USE ONLY**

RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE