UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JUSTIN ISREAL ESCOBAR,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIANCE CREDIT UNION,<br><br>    Defendant. | No. 5:23-CV-125-H-BQ |

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed without prejudice for lack of subject matter jurisdiction, failure to effect service, and failure to comply with Court orders. Dkt. No. 9. No objections were filed, and the plaintiff has taken no action in this case since June 28, 2023. *See* Dkt. No. 6.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against the defendant are dismissed without prejudice for lack of subject matter jurisdiction, failure to effect service, and failure to comply with Court orders.

So ordered on December 18, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE