UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

JUSTIN ISREAL ESCOBAR,

    Plaintiff,

v.

ALLIANCE CREDIT UNION,

    Defendant.

No. 5:23-CV-125-H-BQ

## FINAL JUDGMENT

For the reasons stated in the Court's Order adopting the Magistrate Judge's findings, conclusions, and recommendation, Dkt. No. 10, it is hereby ORDERED, ADJUDGED, and DECREED that:

The plaintiff's claims against the defendant are dismissed without prejudice.

The Clerk of Court is directed to close the case.

So ordered on December 18, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE